# United States District Court

Eastern District of Wisconsin

**JUDGMENT IN A CIVIL CASE**

NANCY EZELL,

        **Petitioner,**

    v.                              Case No. 04-C-413

ANA BOATWRIGHT,

        **Respondent.**

[X]   **Decision by Court**. This action came for consideration before the Court.

    **IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus and this action is **DISMISSED** with prejudice.

                              Jon W. Sanfilippo, Clerk of Court
                              EASTERN DISTRICT OF WISCONSIN

Date: May 29, 2007         (By) Deputy Clerk, s/C. Quinn

                              Approved this 29th day of May, 2007.

                              s/AARON E. GOODSTEIN
                              United States Magistrate Judge